UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH REAGAN CARTER-MADDOX,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA SUBSTANCE ABUSE TREATMENT AND FACILITY, et al.,<br><br>Defendants. | No. 1:23-cv-01632-KES-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES<br><br>Doc. 8 |

Plaintiff Keith Reagan Carter-Maddox is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 1, 2023, the assigned magistrate judge issued findings and recommendations to dismiss this case, without prejudice, for failing to exhaust available administrative remedies prior to filing this case as required by the Prison Litigation Reform Act. Doc. 8. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. *Id.* at 4. Plaintiff has not filed any objections, and the time to do so has lapsed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of the case. Having carefully reviewed the file, the court concludes that the

magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations issued on December 1, 2023, Doc. 8, are adopted in full;
2. This matter is dismissed without prejudice for failure to exhaust administrative remedies; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   July 31, 2024

UNITED STATES DISTRICT JUDGE

2